**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER DAVIS and ABBY DAVIS,

    Plaintiffs,

v.                                                        Case No. 8:10-cv-1609-T-30TBM

BAC TAX SERVICES CORPORATION and
BAC HOME LOANS SERVICING, LP,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised via an Amended Notice of Settlement (Dkt. #32) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 7, 2011.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1609.dismiss 32.wpd